# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159448(37)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ZAID SAFDAR,
Plaintiff-Appellee,

v

DONYA AZIZ,
Defendant-Appellant.
_____/

SC: 159448
COA: 344030
Oakland CC: 2016-839363-DM

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 28, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2019



Clerk